UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL ACTION NO. 2:12-CR-964-1 |
| § | |
| DANIEL ABRAHAM CONTRERAS-PARRA § § | |

# ORDER

Pending before the Court is a letter motion from Defendant/Movant Daniel Abraham Contreras-Parra asking why the Court reduced his sentence by only 3 months, and not more, when it granted his previous motion under 18 U.S.C. § 3582. D.E. 24.

Movant was sentenced to 60 months' imprisonment on April 11, 2013, following his guilty plea to possession with intent to distribute more than 5 kilograms of cocaine in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A). D.E. 18. His base offense level was 32 based upon the drug quantity. D.E. 15, ¶ 19. Movant's offense level was reduced by two levels under U.S.S.G. §§ 2D1.1(b)(16) and 5C1.2, and he received credit for acceptance of responsibility, which reduced his total offense level to 27. *Id.*, ¶ 23; D.E. 19. His criminal history category was I, resulting in a Guideline sentencing range of 70–87 months. D.E. 19. On November 26, 2014, Movant filed a motion to reduce his sentence pursuant to Amendment 782 to the Sentencing Guidelines and 18 U.S.C. § 3582. D.E. 21. The Court granted the motion and resentenced Movant to 57 months' imprisonment. D.E. 23. As set forth in the Court's statement of reasons, Movant's new offense level is 25, and his amended guideline range is 57–71 months. D.E. 23-1.

Movant's motion to clarify claims that his original offense level was "level 24 or maybe 25", and that his amended offense level should be lower than 25. He is mistaken. As set forth *supra*, his original offense level was 27. D.E. 19.

To the extent Movant requests clarification regarding why the Court reduced his sentence to 57 months, his motion to clarify (D.E. 24) is **GRANTED**. Any other request for relief is **DENIED**.

ORDERED this 17th day of September, 2015.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE